[No. 9210-7-II.  Division Two.  October 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE SCHARPF, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84-1-00261-6, David R. Draper, J., entered October 8, 1985. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Brachtenbach and Soule, JJ. Pro Tem.

[No. 10029-1-II.  Division Two.  October 26, 1987.]

COMMUNICATIONS WORKERS OF AMERICA, LOCAL 9111, *Appellant,* v. RAY DAVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85-2-00221-1, Don L. McCulloch, J., entered June 19, 1986. *Reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 9965-9-II.  Division Two.  October 26, 1987.]

BAY CITIES CONSTRUCTION, INC., *Respondent,* v. CANADIAN IMPERIAL BANK OF COMMERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-05362-9, Donald H. Thompson, J., entered April 7, 1986. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.